IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JANE DOE (I.E.S.), an individual | § § § | |
| *Plaintiff,* | § § | |
| VS. | § § | |
| G6 HOSPITALITY, LLC; | § | CIVIL ACTION NO. 1:23-CV-00464 |
| G6 HOSPITALITY IP, LLC; | § | JUDGE MICHAEL J. TRUNCALE |
| G6 HOSPITALITY PROPERTY, LLC; | § | |
| G6 HOSPITALITY PURCHASING, LLC; | § | |
| G6 HOSPITALITY FRANCHISING, | § | |
| LLC; MOTEL 6 OPERATING, L.P.; | § | |
| AND SONSVIC, LLC | § § | |
| *Defendants.* | § | |

### ACKNOWLEDGEMENT OF STIPULATION OF VOLUNTARY DISMISSAL

The Court has received the Parties' Stipulation of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) [Dkt. 32] filed in the above-styled matter. Plaintiff voluntarily dismisses with prejudice her claims against Defendants herein.

Accordingly, the Court acknowledges that Plaintiff's claims against Defendants are hereby **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all Court dates and deadlines are hereby **VACATED**, and all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 25th day of March, 2025.**

Michael J. Truncale
United States District Judge